UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 21-10184-NMG

UNITED STATES OF AMERICA

v.

SHERRIFF COOPER

REPORT AND RECOMMENDATION RE:
DEFENDANT'S MOTION TO SUPPRESS GOVERNMENT WITNESS TESTIMONY
(DOCKET ENTRY # 93)

July 12, 2023

BOWLER, U.S.M.J.

Pending before this court is a pro se motion to suppress government witness testimony filed by defendant Sherriff Cooper ("defendant").[1] (Docket Entry # 93). The United States of America ("the government") opposes the motion. (Docket Entry # 95). This court heard argument on the motion and took it under advisement. (Docket Entry # 102).

PROCEDURAL BACKGROUND

On June 10, 2021, a grand jury indicted defendant on three counts: (1) sex trafficking of a minor by force, fraud, and coercion in violation of 18 U.S.C. §§ 1591 (a)(1), (b)(1) and (b)(2) (Count I); (2) transportation of a minor with intent to

---

[1] Defendant was allowed to proceed pro se during the initial and discovery phases of the case with the assistance of court appointed CJA counsel, who is currently serving in an advisory capacity. (Docket Entry # 67).

*After consideration of objections (Docket Nos. 175, 176, 177, 178, 179 and 180) thereto, Report and Recommendation is accepted and adopted.*

*SNMGorton, USDJ 08/04/2023*