United States District Court
District of Massachusetts

|  |  |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 21-cr-10184-NMG |
| Sherriff Cooper, ) | |
| ) | |
| Defendant. ) | |

## ORDER

GORTON, J.

Defendant Sherriff Cooper moves for an order authorizing the issuance of subpoenas for records related to the alleged victim in this case pursuant to Fed. R. Crim. P. 17(c)(3) (Docket No. 278).

Defendant suggests that the subpoenas are necessary to collect evidence for impeachment at trial but, generally, that argument lacks caselaw support. See United States v. Nixon, 418 U.S. 683, 701 (1974). Furthermore, defendant's request is not specific enough to avoid the governments contention that it is

simply a "fishing expedition". See United States v. Ventola, 2017 WL 2468777, at *2 (D. Mass. June 7, 2017).

Accordingly, after consideration of memoranda filed by the parties and oral arguments of counsel at the final pretrial conference this date, defendant's motion is **DENIED**.

**So ordered.**

                                     /s/ Nathaniel M. Gorton
                                  Nathaniel M. Gorton
                                  United States District Judge

Dated: February 15, 2024