United States District Court
District of Massachusetts

|  |  |
|---|---|
| United States of America )<br>)<br>v. )<br>)<br>Sherriff Cooper, )<br>)<br>Defendant. )<br>) | Criminal Action No.<br>21-cr-10184-NMG |

**MEMORANDUM & ORDER**

GORTON, J.

Pending before the Court is the pro se motion of defendant Sherriff Cooper requesting an extension of time to file motions pursuant to Fed. Rs. Crim. P. 29 and 33 (Docket No. 328) as well as motions filed by defense counsel on behalf of defendant for judgment of acquittal or a new trial and for the production of transcripts of the trial (Docket No. 329) and for Attorney Ian Gold to withdraw as counsel (Docket No. 330).

The Court will allow defendant's motion to obtain trial transcripts and to file a memorandum in support of his motions under Rules 29(c) and 33(b) 21 days thereafter. In the meantime, those motions will be held under advisement.

Defendant will be allowed to appear pro se at the sentencing hearing but Attorney Gold will not be permitted to

withdraw. He will remain as "stand by" counsel, will be a recipient of all pleadings and correspondence moving forward and may file pleadings, objections and memoranda in collaboration with defendant. He will also attend the sentencing hearing and sit at counsel table, as stand-by counsel.

The Court also notes that attorneys Charles Henry Fasoldt and Matthew W. Peterson remain attorneys of record which status needs to be clarified.

## ORDER

For the foregoing reasons,

Defendant's motion to proceed pro se and requesting an extension of time to file Rule 29 and 33 motions (Docket No. 328) is **ALLOWED**;

Defendant's motion to authorize the production of the transcripts of the trial at public expense (Docket No. 329) is **ALLOWED**.

Defendant's motion for judgment of acquittal or for new trial (Docket No. 329) will be held under advisement;

Attorney Gold's motion to withdraw as counsel for defendant (Docket No. 330) is **DENIED**.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: April 3, 2024