UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIM. NO. 21-cr.-10184-NMG |
| ) | |
| SHERRIFF COOPER, ) | |
| Defendant. ) | |

**MEMORANDUM ACCOMPANYING MR. COOPER'S RESPONSE TO THE GOVERNMENT'S SENTENCING MEMORANDUM**

    Stand-by counsel for the defendant, SHERRIFF COOPER, hereby respectfully submits a support letter from the defendant's father, Andrew Cooper, received this morning.

                                     Respectfully submitted,
                                     SHERRIFF COOPER,
                                     By stand-by counsel,

                                   /s/Ian Gold_____
                                   Ian Gold (BBO# 665948)
                                   185 Devonshire Street, Suite 302
                                   Boston, Mass. 02110
                                   (617) 297-7686 (office & mobile)
                                   ian.gold@iangoldlaw.com

Date:  August 14, 2024

## CERTIFICATE OF SERVICE

I hereby certify that true copies of this document will be served on the registered parties through the ECF system on this date, Aug. 14, 2024.

/s/Ian Gold
Ian Gold
